# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **RYAN JARROD STANFORD,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 5:07-cv-33 (HL) |
| | : |
| **UNITED STATES COURT OF** | : |
| **APPEALS FOR THE ELEVENTH** | : |
| **CIRCUIT; and THOMAS K. KAHN,** | : |
| | : |
| **Defendants.** | : |

## J U D G M E N T

Pursuant to the Order of this Court filed January 25, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 25th day of January, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**